IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                Case No.     3:94cr3066/RV
                                                                     3:12cv279/RV/CJK

ELVIS WHITE
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 13, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 149) is SUMMARILY DISMISSED.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this 14th day of December, 2012.

                                      /s/ *Roger Vinson*
                                      ROGER VINSON
                                      SENIOR UNITED STATES DISTRICT JUDGE